## UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WASHINGTON FEDERAL, MICHAEL McCREDY BAKER, and CITY OF AUSTIN POLICE RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>THE UNITED STATES OF AMERICA,<br><br>                    Defendant. | C.A. No. 13-cv-00385 |

### PLAINTIFFS' RESPONSE TO ORDER REGARDING JURISDICTIONAL DISCOVERY

On February 3, 2014, the Court issued an order asking Plaintiffs, by no later than February 18, 2014, to advise whether they intend to seek discovery in aid of jurisdiction. Plaintiffs respond to the Court's order as follows:

Plaintiffs filed their Complaint on June 10, 2013.  On November 7, 2013, the Government filed its Motion to Dismiss.  Dkt No. 31.  Plaintiffs filed their Opposition on December 16, 2013.  Dkt No. 37.  The Government's Reply is currently due March 3, 2014.  *See* Dkt No. 40.

In their Opposition, Plaintiffs contended that the Government's Motion omitted large swaths of facts, the inclusion of which would plainly defeat the Government's Motion.  *See* Dkt No. 37 at 5 n.2.  In addition, Plaintiffs contended that the Government:  (a) made statements of "fact" unsupported by citations that should not be considered in deciding its Motion; (b) misrepresented allegations made in the Complaint; and (c) improperly included documents not cited in the Complaint in its Statement of Facts.  *See id.* at 8 n.4; at 10 n.5; at 11 nn.6-8; at 12

nn.9-11; and at 13 n.12.  The Government's Statement of Facts was offered in support of its arguments under both CFC Rules 12(b)(1) and 12(b)(6).

The plaintiffs in the *Fairholme* case filed a motion for continuance to seek jurisdictional discovery.  *See* Case No. 13-cv-00465-MMS, Dkt No. 22.  Subsequently, the Court granted the request of the plaintiffs in the *Cacciapalle* case to stay that consolidated proceeding until the later of (a) February 21, 2014 or (b) any deadline that is set in *Fairholme* for an opposition to the Government's motion to dismiss in that case, including any deadline set after any suspension or continuance of the briefing schedule that is ordered in that case to allow time for discovery.  *See* Case No. 13-cv-00466-MMS, Dkt No. 44.  Plaintiffs understand that the *Fisher* plaintiffs, Case No. 13-cv-00608, intend to move the Court to enter a similar order in that action.

This action is coordinated with the *Cacciapalle* Consolidated Action, the *Fisher* action and the *Fairholme* and *Arrowood* actions.  *See* Dkt No. 28, ¶¶ B(1) and (2).  In order to promote the efficient administration of justice and to prevent inconsistent rulings, Plaintiffs respectfully request that this Court enter an order staying the briefing on the Government's Motion to Dismiss concurrently with the stay entered in the *Cacciapalle* and *Fisher* actions.  This will maintain this action on a schedule similar to those actions with which it is coordinated and will give Plaintiffs the opportunity to review any discovery obtained in the *Fairholme* action and, if necessary, supplement their opposition to the Government's motion to dismiss.  Plaintiffs do not intend to seek jurisdictional discovery in addition to the discovery sought in *Fairholme*.

Plaintiffs have conferred with counsel for the Government.  The Government does not oppose Plaintiffs' request to stay this action currently with the *Cacciapalle* and *Fisher* actions.

Dated:  February 7, 2014                    Respectfully submitted,

By   /s / Steve W. Berman
    Steve W. Berman
Attorney of Record
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
E-mail:  steve@hbsslaw.com

OF COUNSEL:
Jennifer Fountain Connolly
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1701 Pennsylvania Ave. NW, Suite 300
Washington, D.C.  20006
Telephone:  (202) 248-5403
Facsimile:  (202) 580-6559
Email:  jenniferc@hbsslaw.com

Robert M. Roseman
Joshua B. Kaplan
**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone:  (215) 496-0300
Facsimile:  (215) 496-6611
E-mail:  rroseman@srkw-law.com
E-mail:  jkaplan@srkw-law.com

Mark S. Willis
James McGovern
**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
1101 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C.  20004
Telephone:  (202) 756-3601
Facsimile:  (202) 756-3602
E-mail:  mwillis@srkw-law.com
E-mail:  jmcgovern@srkw-law.com