# In the United States Court of Federal Claims

No. 13-385 C
(Filed: February 7, 2014)

```
***************************************
WASHINGTON FEDERAL, et al.,         *
                                    *
                Plaintiffs,         *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
                Defendant.          *
***************************************
```

**ORDER**

On February 3, 2014, the court issued an order asking plaintiffs, by no later than February 18, 2104, to advise whether they intend to seek discovery in aid of jurisdiction. On February 7, 2014, plaintiffs advised the court that although they do not intend to seek jurisdictional discovery, plaintiffs request the court to stay the briefing on defendant's motion to dismiss. In order to promote the efficient administration of justice and to prevent inconsistent rulings, the court **grants** plaintiffs request and **stays** this action concurrently with the stay entered in the Cacciapalle, No. 13-466, action.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY